FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Steven M. Stadler 2/4/14 FL
(Enter above the full name of the plaintiff in this action)

Civil Action No. _____
(To be supplied by the clerk of the court)

V.

Glenn Abrams JR.
John A. Devlin
K-9 officer Clancy (Animal)
Atlantic City Police
Department
(Enter above the full name of the defendant in this action)

## INSTRUCTIONS -- READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction descends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

1

5. Upon receipt of a fee of $120.00, your complaint will be filed. You will be responsible for services of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedures.

6. If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the application accompanying this form, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed in forma pauperis, you must also submit a certified copy of your trust fund account statement (or institutional equivalent) which must reflect all deposits on your account for the 6-month period immediately preceding submission of this application, obtained from the appropriate official of each prison at which you are or were confined.

7. If you are given permission to proceed in forma pauperis, you may be required to pay an initial filing fee. If so, no complaint will be filed unless this initial filing fee is paid. You will also be required t make monthly payments of 20 percent of the preceding month's income credited to your account. The Department of Corrections shall forward payments from your account to the Clerk each time the amount in the account exceeds $10 until the filing fee is paid. The Clerk will prepare and issue a copy of the summonses and the copies of the complaint which you have submitted shall be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete in full and return the forms to the Marshal.

8. Applications for leave to proceed in forma pauperis which do not conform to these instructions will be returned by the Clerk with a notation as to the deficiency.

## QUESTIONS TO BE ANSWERED

1. Previous Lawsuits
   (a) Have you filed any other suits in federal or state court since you were imprisoned?
   [ ] Yes   [✓] No

   (b) If your answer to (a) is "Yes", describe the lawsuit in the spaces below. (if there is more than one suit, describe the additional suits on a separate sheet, answering the same question for each suit.
   i. Parties to previous suit:

   Plaintiffs: ____N/A_____

   Defendants: ____N/A_____

2

ii. Court (If Federal court, name the district, if state court, name the County) **N/A**

iii. Docket Number: **N/A**

iv. Name of Judge to whom case was assigned: **N/A**

v. Disposition (for example: Was the suit dismissed? Was there an Appeal? Is it still pending?) **N/A**

vi. Approximate date of filing suit: **N/A**

vii. Approximate date of disposition: **N/A**

viii. Issue in previous suit? **N/A**

2. Place of present confinement? **N/A**

3. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for the additional plaintiffs. If any.)

A. Name of plaintiff: **Steven M. Stadler**
Address: **Atlantic County Justice Facility**

Inmate Number: **214114**

B. First Defendant -- name: **Glenn Abrams JR.) (John A. Devlin) K-9 officer Clancy (Animal) Atlantic City Police Department**
Official Position: **Police officer's**
Place of employment: **Atlantic City Police Department**

3.C John A. Devlin
Police Officer
Atlantic City Police Department

Officer Devlin allowed K-9 officer Clancy (Animal) to bite me in my left thigh several times leaving deep lacerations, that needed several stitches, and staples to close them (lacerations).

C. Atlantic City Police Department

The Police Department are allowing these officer's to violate people's Right's

Steven M. Stadler
Steven M. Stadler

April 21, 2013

3

How is this person involved in the case? (i.e., what are you alleging that this person did or did not do that violated your constitutional rights?) Glenn Abrams JR. Police officer, Atlantic City Police Department. Specifically by punching me in the face, And head repeatedly, until I was unconscious, leaving me with several bruises And my left eye closed completely

C. If there is more than one defendant, attach a separate sheet. For each specify: (1) Name, (2) Official position, (3) Place of employment, and (4) Involvement of the defendant. SEE Attached

4. Statement of claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

March 13th, 2013 between 9:00 pm, and 11:00 pm. I was stopped by Atlantic City Police Department officer's. I was on foot, I was stopped at the corner of Black Horse Pike and West End Ave, Chelsa Heights, Across from Bader Field. I was not Read my Rights Rather beaten, officer Glenn Abrams JR. punched me in the head And face, until I was unconscious. When I Awoke officer clancy (Animal), His partner John A. Devlin Allowed officer (Clancy) (Animal) to Attack me while I was on the ground Face down, biting me in my Left thigh Repeatedly, leaving very deep lacerations, that Needed several stitches And staples to close the lacerations

4

5.  Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want the Court to hear that the defendant's violated my Eighth Amendment. The defendant's use Excessive force, that caused me numerous personal injuries. The defendant's acted intentionally or recklessly both in doing the Act, and producing the Emotional Distress. The defendant's induced Pain, and Suffering. I would like to be Compensated for each violation the defendant's inflicted on me.

6.  Do you request a jury or a non-jury trial? (Check only one)

    [✓] Jury Trial          [ ] Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _Steven M. Stadtler_ day of _April 21_, 20_13_

_Steven M. Stadtler_
Signature of Plaintiff

EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT. 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT

Steven M. Stadler
(Enter above the full name of the
plaintiff in this action)

Vs.

Glenn Abrams Jr.
John A. Devlin
K-9 officers (Clancy)(Animal)
Atlantic County Police Department
(Enter above the full name of the defendant or
Defendants in this action)

I. Previous lawsuits
 A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relative to your imprisonment? Yes ( ) No ( )
 B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using same outline.)
  1. Parties to previous lawsuit:
   Plaintiffs N/A

   Defendants N/A

  2. Court (if federal court, name the district. N/A

   If state court, name the county.) _____

  3. Docket number N/A

  4. Name of judge to whom case was assigned N/A

  5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filling lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. Place of present confinement __N/A__

   A. Is there a prisoner grievance procedure in this institution? [ ] yes [✓] no

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? [ ] yes [✓] no

   C. If your answer is yes,
      1. What steps did you take? __N/A__

      2. What was the result? __N/A__

   D. If your answer is no, explain why not __N/A__

   E. If there is no prison grievance procedure in the institution did you complain to prison authorities? [ ] yes [✓] no

   F. If your answer is yes,
      1. What steps did you take? __N/A__

      2. What was the result? __N/A__

III. Parties
   (in item A below, place your name and prison identification number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff __Steven M. Stadler__
      Address __Atlantic County Justice Facility__

IV.

leaving deep lacerations, that needed several stitches, and staples to close lacerations

Steven M. Stadler
Steven M. Stadler

April 21, 2013

V. Emotional Distress. The defendant's induced Pain, and Suffering. I want to be Compensated for each Violation the defendant's inflicte on Me.

Steven M. Stadler
Steven M. Stadler

April 21, 2013

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant Glenn Abrams JR. is employed at Police Department at Atlantic City Police Departmant

C. John A. Devlin, Police department, Atlantic City Police Department.
K-9 - officer (Clancy)(Animal) police department Atlantic City police Department.
Atlantic City Police Department

IV. Statement of claim
(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

March 13th, 2013 between 9:00pm and 11:00pm, I was stopped by Atlantic City police officers. I was on foot, I was stopped at the corner of West end Ave, and Black Horse Pike, Chelsea Heights, across from butler field, I was not read my rights Rather I was beaten, officer Glenn Abrams JR. punched me in the Head and face, until I was unconscious. I awoke to officer (Clancy) Animal, His partner John A. Devlin Allowed officer (Clancy) to bite me repeatedly in my left thigh. SEE Attached

V. Relief
(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want the Court to hear that the defendant's

violated my Eighth Amendment. The defendant's used Excessive force, that caused me numerous personal injuries. The defendants Acted intentionally or Recklessly both in doing the Act, And producing the SEE Attached

Signed this April day of 21, 20 13.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct

April 21, 2013
(Date)

_____
(Signature of Plaintiff)

From Steven Stadler 2/4/14

ATLANTIC COUNTY JUSTICE FACILITY
5060 ATLANTIC AVE.
MAYS LANDING, NJ 08330

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2013 APR 29 AM 10 47

Camden United States District Court
POB 2797
Camden, NJ 08101

This Correspondance
Is Being Sent By
An Inmate At The
Atlantic County Jail