UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STEVEN M. STADLER, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 13-2741 (RBK) (AMD) |
| | : | |
| v. | : | |
| | : | |
| GLENN ABRAMS, Jr., et al., | : | **MEMORANDUM AND ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

Presently pending before this Court is defendants' Glenn Abrams, Jr., John A. Devlin and William Moore's (hereinafter "moving defendants") motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) on Count III of plaintiff's amended complaint. (*See* Dkt. No. 139) Plaintiff, who is proceeding through counsel, never filed an opposition to this motion for judgment on the pleadings. Prior to this Court ruling on the outstanding motion, this Court will give plaintiff fourteen days in which to notify the Court whether he wishes to oppose this motion. Should plaintiff wish to oppose this motion, then he must do so within fourteen days of the date of this Order, along with a statement of good cause for why he failed to timely respond to the motion. Given the amount of time that has passed since the motion was filed and has been pending, no extensions of time to respond to this Order shall be granted.

Accordingly, IT IS this  31st  day of January, 2017,

ORDERED that plaintiff shall notify this Court within fourteen (14) days stating whether he intends to oppose moving defendants' outstanding motion for judgment on the pleadings; and it is further

ORDERED that if plaintiff wishes to oppose the motion for judgment on the pleadings, he must file his response in opposition within fourteen (14) days of the date of this Order; any

such opposition filing must include a statement of good cause for why plaintiff failed to timely respond in opposition to the motion for judgment on the pleadings in the first instance; and it is further

ORDERED that moving defendants may file a reply in support of their motion for judgment on the pleadings within seven (7) days of plaintiff's response in opposition to the motion should such an opposition to their motion be filed; and it further

ORDERED that no extensions of time shall be granted to this schedule.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge