# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STEVEN M. STADLER, | : | |
| Plaintiff, | : | Civ. No. 13-2741 (RBK) (AMD) |
| v. | : | |
| GLENN ABRAMS, JR. et al., | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

Presently pending before this Court is defendants', Glenn Abrams, Jr., John A. Devlin and William Moore's (hereinafter the "moving defendants") motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) on Count III of plaintiff's amended complaint. (*See* Dkt. No. 139) On February 21, 2017, plaintiff filed a letter which stated that he does not oppose the motion filed by the moving defendants to dismiss Count III. (*See* Dkt. No. 155) In light of plaintiff's stated non-opposition, the moving defendants' motion will be granted and Count III of the amended complaint will be dismissed.

Accordingly, IT IS this  22nd  day of February, 2017,

ORDERED that moving defendants' motion for judgment on the pleadings (Dkt. No. 139) is granted and Count III of the amended complaint is dismissed.

s/Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge