# EXHIBIT A



*Atlantic County Justice Facility*
STADLER, STEVEN, MARTIN
01214114



*Atlantic County Justice Facility* #

STADLER, STEVEN, MARTIN

| | |
|---|---|
| DOB: 12/30/1968 | Hair: BROWN |
| Sex: MALE | Eyes: HAZEL |
| Race: WHITE | Wgt: 170 |
| Hgt: 508 | DOC: |

Date: Location: Date: Location:















