UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

March 15, 2018
DATE OF PROCEEDINGS

ROBERT B. KUGLER, U.S.D.J.

COURT REPORTERS: CARL NAMI, JR., TED FORMAROLI, ROBERT TATE, CAROL FARRELL, KAREN FRIEDLANDER

Docket #   CIV 13-2741 (RBK)(AMD)

TITLE OF CASE:
STEVEN M. STADLER,

      Plaintiff
  v.

GLENN ABRAMS, JR., et al.

      Defendants

APPEARANCES:
Jennifer Bonjean, Esq., and Ashley Cohen, Esq., for Plaintiff Steven Stadler
Tracy Riley, Esq., and Rachel Conte, Esq., for Defendants Anthony Abrams, John Devlin, and William Moore
Morrison Fairbairn, Esq., and Miranda Ruffin, Esq., for Defendant City of Atlantic City

NATURE OF PROCEEDINGS:    JURY TRIAL - COMPLETED

Trial w/jury continued before the Honorable Robert B. Kugler.
Ordered lunch to be provided to 8 jurors at government expense.
Jury present.
Jury resumed deliberations at 9:10AM
Jury returned with a verdict at 2:05PM

VERDICT: Judgment of no cause of action in favor of Defendant Glenn Abrams, Jr. and against Plaintiff Steven M. Stadler.  Judgment in favor of Plaintiff Steven M. Stadler and against Defendant John A. Devlin in the amount of $500.00.  Judgment of no cause of action in favor of Defendant William Moore and against Plaintiff Steven M. Stadler.  Judgment in favor of Plaintiff Steven M. Stadler and against Defendant City of Atlantic City in the amount of $300,000.00.

Ordered jury polled.    Jury polled.
Ordered jury discharged.   Jury discharged.
Ordered evidence returned to counsel.

Time commenced: 9:10AM    Time Adjourned: 2:15PM    Total Time: 0:10

Lawrence MacStravic
cc: Chambers                               DEPUTY CLERK