AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     NEW JERSEY

STEVEN M. STADLER,

                Plaintiff
V.

GLENN ABRAMS, JR., et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:     Civ. 13-2741 (RBK)(AMD)

**X**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment in the amount of $500.00 is entered in favor of Plaintiff Steven M. Stadler and against Defendant John A. Devlin.

IT IS FURTHER ORDERED AND ADJUDGED that judgment in the amount of $300,000.00 is entered in favor of Plaintiff Steven M. Stadler and against Defendant City of Atlantic City.

IT IS FURTHER ORDERED AND ADJUDGED that judgment of no cause of action is entered in favor of Defendant Glenn Abrams, Jr., and against Plaintiff Steven M. Stadler.

IT IS FURTHER ORDERED AND ADJUDGED that judgment of no cause of action is entered in favor of Defendant William Moore and against Plaintiff Steven M. Stadler.

March 14, 2018
Date

HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE