IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| Steven M. STADLER, | : | |
| Plaintiff, | : | Civil No. 13-2741 (RBK/AMD) |
| v. | : | |
| | : | **ORDER** |
| Glenn ABRAMS, JR., *et al.*, | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court on Plaintiff's Bill of Costs (ECF No. 292) after this Court previously ordered Plaintiff to present invoices for costs pursuant to 28 U.S.C. § 1920, 42 U.S.C. § 1988, and L. Civ. R. 54.1 (ECF No. 291), and for the reasons expressed in the opinion issued this date;

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to 28 U.S.C. § 1920 and 42 U.S.C. § 1988, Defendants John Devlin and the City of Atlantic City shall reimburse Plaintiff for $32,135.08 in costs;

**IT IS FURTHER ORDERED** that, consistent with the equitable proportionality identified in the opinion issued this date, Defendant John Devlin shall be personally liable for no more than 0.116% of attorney's fees and costs in this matter and the City of Atlantic City shall be liable for the remaining 99.834% of fees and costs.

Dated:  August 17, 2018              /s Robert B. Kugler
                                     ROBERT B. KUGLER
                                     United States District Judge