UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 18-2808, 18-2818
_____

STEVEN M. STADLER

v.

GLENN ABRAMS, JR.; JOHN A. DEVLIN; K-9 OFFICER CLANCY, (ANIMAL); ATLANTIC CITY POLICE DEPARTMENT; WILIAM MOORE; DR. ERIC WOLK; ATLANTICARE REGIONAL MEDICAL CENTER; CITY OF ATLANTIC CITY


JOHN A. DEVLIN,
Appellant in 18-2808

CITY OF ATLANTIC CITY,
Appellant in 18-2818


On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 1-13-cv-02741)
District Judge: Honorable Robert B. Kugler

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
on May 20, 2019

Before:  McKEE, SHWARTZ, and FUENTES, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted May 20, 2019.  On consideration whereof,

      It is now hereby ORDERED and ADJUDGED by this Court that the Orders of the District Court, entered on July 17, 2018 and July 30, 2018, are hereby AFFIRMED. All of the above in accordance with the opinion of the Court.

      Costs taxed against Appellants.

                                        ATTEST:

                                        <u>s/ Patricia S. Dodszuweit</u>
                                        Clerk

DATED: November 18, 2019