[D.I. 306]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| STEVEN M. STADLER, <br><br> Plaintiff, <br><br> v. <br><br> GLENN ABRAMS, JR., et al. <br><br> Defendants. | Civil No. 13-2741 (RBK/AMD) |

**ORDER**

This matter having come before the Court by way of Plaintiff Steven M. Stadler's motion for post-judgment attorney fees, supplemental costs, and post-judgment interest; and the parties having appeared before the Court for a settlement conference on July 27, 2020, and having amicably resolved the issues raised in the motion during the conference; and for good cause shown:

IT IS on this 30th day of July 2020,

**ORDERED** that Plaintiff's motion [D.I. 306] for post-judgment attorney fees, supplemental costs, and post-judgment interest shall be, and is hereby, **DISMISSED AS MOOT**.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE